1  **Ronald Wilcox, State Bar No. 176601**
2  **2160 The Alameda, First Floor, Suite F**
   **San Jose, CA 95126**
3  **Tel: (408) 296-0400**
   **Fax: (408) 296-0486**
4
5  **ATTORNEY FOR PLAINTIFF**



6  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
7  **SAN JOSE DIVISION**

| | |
|---|---|
| 8  **VINCENT BREON,** | CIV. NO. C05-00766-JW |
| 9  Plaintiff, | **PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST FOR CONTINUANCE and [PROPOSED] ORDER** |
| 10 vs. | |
| 11 | |
| 12 **CAPITAL RECOVERY ASSOCIATES, INC., d/b/a CRA SECURITY SYSTEMS & RICHARD LYONS,** | Date: June 27, 2005 Time: 10:00 AM **JUDGE JAMES WARE** Courtroom 8 |
| 13 | |
| 14 Defendants. | |

16  Plaintiff has made several attempts to meet and confer, including a fax that was sent on June 1,
17  2005, and a Notice of Need for ADR Phone Conference that was filed with the court on June 6, 2005
18  (please see the attached documents). Defendants have not responded.
19  Defendant Capital Recovery Associates, Inc., d/b/a CRA Security Systems was served by
20  personal service on May 16, 2005. Defendant Capital Recovery Associate, Inc., d/b/a CRA Security
21  Systems has yet to respond to Plaintiff's Complaint. Plaintiff will seek a default. Plaintiff requests the
22  Case Management Conference be continued to July 18, 2005.
23

24  Dated: 6/13/2005
25
26  /s/ Ronald Wilcox
    Ronald Wilcox
27  Plaintiff's Attorney
28

- 1 -

C05-00766-JW Plaintiff's Case Management Conference Statement

## ORDER

**The Case Management Conference is continued to** August 1, 2005 .

**IT IS SO ORDERED**:    Dated: June 13, 2005

/s/ James Ware

**JUDGE JAMES WARE**

- 2 -

C05-00766-JW Plaintiff's Case Management Conference Statement