1  Ronald Wilcox, State Bar No. 176601
2  2160 The Alameda, First Floor, Suite F
   San Jose, CA 95126
3  Tel: (408) 296-0400
   Fax: (408) 296-0486
4
5  **ATTORNEY FOR PLAINTIFF**



6  **UNITED STATES DISTRICT COURT**
7  **NORTHERN DISTRICT OF CALIFORNIA**
   **SAN JOSE DIVISION**

| VINCENT BREON, | CIV. NO. C05-00766-JW |
|---|---|
| Plaintiff, | PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT AND REQUEST FOR CONTINUANCE and [PROPOSED] ORDER |
| vs. | |
| CAPITAL RECOVERY ASSOCIATES, INC., d/b/a CRA SECURITY SYSTEMS & RICHARD LYONS, | Date: August 1, 2005<br>Time: 10:30 AM<br>JUDGE JAMES WARE<br>Courtroom 8 |
| Defendants. | |

Plaintiff has taken a clerk's default in this matter. However, there is another matter before this Court, versus the same defendants, for which I serve as counsel (*Montez v. CRA Security Systems*, et al., C05-01208-JW). The plaintiff is *Montez v. CRA Security Systems* filed a request for the clerk to enter a default on July 19, 2005. Thus, upon the clerk's entry of default in the *Montez v. CRA Security Systems* matter, plaintiffs in both matters will then move this court for default judgments, attorney's fees and costs. This seems to best serve the interests of judicial economy.

Therefore, Plaintiff herein respectfully requests the Court continue the CMC for 90 days, allowing for the above to take place.

Dated: 7/20/2005

/s/ Ronald Wilcox
Ronald Wilcox
Plaintiff's Attorney

- 1 -

| | |
|---|---|
| 1 | |
| 2 | |

## ORDER

**The Case Management Conference is continued to** <u>11/7/05 at 10:00 a.m.</u> .

Case Management Statement(s) shall be filed on or before 10/28/05.

**IT IS SO ORDERED**:                    **Dated:**

7/27/05                                                       /s/James Ware

**JUDGE JAMES WARE**

- 2 -