

1 Ronald Wilcox, State Bar No. 176601
2 2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
3 Tel: (408) 296-0400
Fax: (408) 296-0486
4
5 **ATTORNEY FOR PLAINTIFF**

6 **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
7 **SAN JOSE DIVISION**

| | |
|---|---|
| VINCENT BREON,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITAL RECOVERY ASSOCIATES, INC.,<br>d/b/a CRA SECURITY SYSTEMS &<br>RICHARD LYONS,<br><br>Defendants. | CIV. NO. C05-00766-JW<br><br>PLAINTIFF'S CASE MANAGEMENT<br>CONFERENCE STATEMENT and<br>ORDER<br><br>Date: November 7, 2005<br>Time: 10:00 AM<br>JUDGE JAMES WARE<br>Courtroom 8 |

16     Defendant CRA Security Systems has defaulted. Defendant Richard Lyons has never been
17 served. The clerk of the court entered a Notice of Default against CRA Security Systems on July 7,
18 2005. On November 7, 2005, Plaintiff's Motion for Default against CRA Security Systems will be
19 heard. Plaintiff does not intend to take any action against Richard Lyons since he has never been
20 served. In light of the above Plaintiff requests the Case Management Conference be taken off
21 calendar.

23 Dated: 10/25/2005

24 /s/ Ronald Wilcox
Ronald Wilcox
25 Plaintiff's Attorney

ORDER

**IT IS SO ORDER:**

**Dated:** 10/27/05
_____

_____
**HON. JAMES WARE**